I, Michelle Burke, certify that I did not intentionally delete any emails, texts messages, letters or communications after the date of August 24, 2021. In addition, I tried in many ways to retrieve any deleted emails, text messages and communications but was unable to do so. It is my regular practice to delete items daily so to keep my inboxes neat and tidy. I certify this to be true.

Michelle Burke

1/20/2023

Michelle Burke

RECEIVED

JAN 26 2023

AT 8:30 ______ M
WILLIAM T. WALSH
CLERK